Roger L. Guptill,
P.O. Box 704
Sunburst, MT 59482

district court of the United States

Roger L Guptill,

    Plaintiff(s),    ) Case No. 1:05cv01915(RMC)

v.    ) OBJECTION TO ACTION OF THE CLERK

United States
    Defendant.

Plaintiff(s), Roger L. Guptill, **OBJECT(S)** to the Clerks refusal to issue summonses in this matter. Such action constitutes a denial of due process and obstruction of justice. Plaintiff(s) has/have provided the clerk of court with proper summonses properly headed district court of the United States. The clerk has refused to sign and issue the summonses provided by plaintiff(s). The clerk is denying plaintiff(s) due process and obstructing justice by refusing to sign the summonses. Plaintiff(s) is/are unable to serve the complaint and summons on the defendant due to the actions of the clerk. There is no rule requiring plaintiff(s) to use the summons form provided by the clerk, nor is there any rule preventing the plaintiff(s) from preparing his/her/their own summons form, nor is there any rule which specifies the specific wording that must appear on a summons form. There is no statutory authority authorizing the clerk to demand that plaintiff(s) allow the conversion of this matter to United States District Court for the District of Washington and to use summonses with the heading United States District Court for the District of Washington. Such demand is in violation of 26 USC 7433 which mandates that the matter be filed in district court of the United States.

Wherefore, plaintiff(s) request(s) that the court issue its order requiring the clerk to issue the summons as written.

Dated *October 6*, 2005

*Roger L. Guptill*
_____
Roger L Guptill

Roger L. Guptill
P.O. Box 704
Sunburst, MT 59482

district court of the United States

| | |
|---|---|
| Roger L Guptill | ) |
| | ) Case No. 1:05cv01915(RMC) |
| | ) |
| Plaintiff(s), | ) ORDER |
| | ) |
| v. | ) |
| | ) |
| United States | ) |
| Defendant. | ) |

It is hereby ordered that the clerk sign the summonses provided by plaintiff.

Dated _____, 2005

_____
_____Judge

# district court of the United States

Roger L Guptill,

v.                                    Case No.: _____

United States

## SUMMONS

To the above-named Defendant:

You have been sued by the above-named plaintiff(s), and you are directed to file a written answer to the attached Complaint, Petition, and Claim, in the Nature of a Complaint, Petition, and Claim, under the Authority of 26 U.S.C. § 7433 in the <u>district Court of the United States</u>, 333 Constitution Ave. NW, Washington D.C. 20001, (202-354-3050) within sixty (60) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the plaintiff(s), Roger L Guptill, P.O. Box 704, Sunburst, MT 59482, 406-937-3400.

Unless you answer the aforementioned complaint within the time stated, judgment will be rendered against you with costs of the action.

_____
Court Clerk

by _____
Deputy Court

This summons was served on the United States by serving, Civil Process Clerk, Alberto Gonzales, United States Attorney General, 950 Pennsylvania Avenue, Washington, District of Columbia 20530, pursuant to Rule 4(i)(1) Fed. R. Civ. P.

Certified mail # _____

*Roger L. Guptill*
Roger L Guptill

Roger L Guptill
P.O. Box 704
Sunburst, MT 59482

district court of the United States

| | |
|---|---|
| Roger L Guptill | ) |
|           Plaintiff(s), | ) Case No. 1:05cv01915(RMC) |
| | ) |
| v. | ) MOTION TO SUBMIT FOR DECISION |
| | ) |
| United States | ) |
|           Defendant. | ) |
| | ) |

Plaintiff(s), Roger L Guptill, request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to action of the clerk of court.

Plaintiff's order requiring the clerk to sign the summonses provided by plaintiff(s).

Dated October 6, 2005

_____
Roger L Guptill