Roger L Guptill,
P.O. Box 704
Sunburst, MT 59482

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Roger L Guptill, | ) | |
| Plaintiff(s), | ) | Case No. 1:05cv01915(RMC) |
| | ) | |
| v. | ) | OBJECTION TO CONVERSION |
| | ) | |
| United States | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff(s), Roger L Guptill, **OBJECT(S)** to the Clerks conversion of the above entitled matter to the United States District Court for the District of Columbia. Such conversion is a violation of Title 26 U.S.C. §7433. Section 7433 specifically commands that the instant matter be filed in the district court of the United States. This Court is charged with full compliance with the law. This court has no statutory authority to hear this matter. The Clerk has no statutory authority to convert this matter to the United States District Court for the District of Columbia. Plaintiff expects that this Court will be in full compliance with the law as stated by the United States Congress.

Plaintiff(s) expect(s) that the matter will remain with the district court of the United States. Therefore plaintiff(s) demand(s) that the United States District Court for the District of Columbia remand the matter back to the district court of the United States which has statutory authority to hear the matter.

Dated October 6, 2005

_Roger L. Guptill_
Roger L Guptill

Roger L Guptill
P.O. Box 704
Sunburst, MT 59482

## UNITED STATES DISTRICT COURT

Roger L Guptill                          )
                                         ) Case No. 1:05cv01915(RMC)
                                         )
          Plaintiff(s),                  ) ORDER
                                         )
v.                                       )
                                         )
United States                            )
                                         )
          Defendant.                     )

It is hereby ordered that the above entitled matter is remanded to the district court of the United States in Washington District of Columbia.

Dated _____, 2005


_____
_____Judge

Roger L Guptill
P.O. Box 704
Sunburst, MT 59482

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Roger L Guptill | ) | |
| | ) | Case No. 1:05cv01915(RMC) |
| Plaintiff(s), | ) | |
| | ) | MOTION TO SUBMIT FOR DECISION |
| v. | ) | |
| | ) | |
| United States | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff(s), Roger L Guptill, request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to conversion.

Plaintiff's order remanding the matter back to the district court of the United States in Washington District of Columbia.

Dated _Oct 6_, 2005

_Roger L. Guptill_
_____Roger L Guptill