UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROGER L. GUPTILL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1915 (RMC) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. On September 28, 2005, Plaintiff filed a complaint naming the United States as Defendant. On October 11, 2005, Plaintiff moved the Court for an order directing the Clerk to sign and issue summonses that Plaintiff had drafted himself. The Court denied that motion on November 10, 2005, because the summonses offered by Plaintiff misidentified the United States District Court for the District of Columbia as, simply, the "district court of the United States." *See* 11/10/05 Order [Dkt. #3] at 1. The Court further noted that Plaintiff "may, however, redraft his summonses so that they properly identify the Court . . . and otherwise conform fully to Rule 4," and "advised that this may be easily accomplished by using the preprinted summons form provided by the Clerk." *Id.* Over 120 days have now passed since the filing of the complaint in this action and the Court has no record that the Defendant has been served with a summons and complaint. Accordingly, it is hereby

**ORDERED** that, on or before **May 12, 2006**, Plaintiff shall either (1) file with the Court proof that Defendant has been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If Plaintiff fails to comply with this Order, or if the Court determines that Plaintiff has not shown good cause for failure to comply with Rule 4(m), the complaint will be dismissed without prejudice.

**SO ORDERED**.


Date: April 12, 2006                                         /s/
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge