000693 200312 WI

IRS Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Notice Number: CP 504
Notice Date: 11-21-2005

SSN/EIN: 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
Caller ID: 279418

7178 2665 9399 4656 4069



ROGER L GUPTILL
BOX 704
SUNBURST MT 59482-0704047



*220466271101*

046384

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1040A | Tax Period: 12-31-2003

| | |
|---|---|
| **Current Balance:** | $5,312.48 |
| Includes: | |
| Penalty: | $18.15 |
| Interest: | $35.41 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

See the enclosed Publication 594, *The IRS Collection Process* and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 11-21-2005

*write on your check:*

| 1040A | 12-31-2003 | 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 |
|---|---|---|

Amount Due: $5,312.48

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Internal Revenue Service
FRESNO, CA 93888-0030

ROGER L GUPTILL
BOX 704
SUNBURST MT 59482-0704047

220466271 QA GUPT 30 0 200312 670 00000531248

Form 668-W(c) (Rev. January 2003) Department of the Treasury

# Notice of Levy on Wages, Salary, and Other Income

DATE: 09/05/2005

TELEPHONE NUMBER OF IRS OFFICE: SEQNUM 08021
TOLL FREE 1-800-829-7650
MI 8am-5pm M-F

IRS ADDRESS:
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

NAME AND ADDRESS OF TAXPAYER:

DPC05

TO: P 38-3197841

ROGER L GUPTILL
BOX 704
SUNBURST MT 59482-0704047

RUSSELL A FARROW U S INC
27221 NORTHLINE
TAYLOR MI 48180-4499210

IDENTIFYING NUMBER(S): 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

GUPT B 08

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1998 | $ 3,541.44 | $ 0.00 | $ 3,541.44 |
| 1040A | 12-31-1999 | $ 6,516.38 | $ 1,206.31 | $ 7,722.69 |
| 1040A | 12-31-2000 | $ 5,222.09 | $ 554.87 | $ 5,776.96 |
| 1040A | 12-31-2001 | $ 4,868.01 | $ 726.29 | $ 5,594.30 |
| 1040A | 12-31-2002 | $ 5,359.79 | $ 430.99 | $ 5,790.78 |
| CIVPEN | 12-31-2002 | $ 500.00 | $ 60.71 | $ 560.71 |
| | | | Total Amount Due | $ 28,986.88 |

We figured the interest and late payment penalty to 10-04-2005

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment (cash, cashier's check,** certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

**Please see the back of Part 5 for instructions.**

Signature of Service Representative | Title **Operations Manager, Collection**

Form 8519
(Rev January 2001)

Department of the Treasury-Internal Revenue Service
**Taxpayer's Copy of Notice of Levy**

DATE 06/08/2005

TELEPHONE NUMBER OF IRS OFFICE: TOLL FREE 1-800-829-7650
WI

SEQNUM 00231

REPLY TO
AUTOMATED COLLECTION SYSTEM SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

P 13-4994650

JP MORGAN CHASE
CENTRALIZED ACCT, HOLD & LEVY DEPT
1985 MARCUS AVE 2ND FLOOR
NEW HYDE PARK, NY 11042

TO:

ROGER L SUPTILL
BOX 704
SUNBURST MT 59482-0704047

IDENTIFYING NUMBER(S): 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
SUPT N 00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1998 | $ 3,541.44 | $ 0.00 | $ 3,541.44 |
| 1040A | 12-31-1999 | $ 6,516.38 | $ 1,098.55 | $ 7,614.93 |
| 1040A | 12-31-2000 | $ 5,222.09 | $ 473.63 | $ 5,695.72 |
| 1040A | 12-31-2001 | $ 4,868.01 | $ 650.56 | $ 5,518.57 |
| CIVPEN | 12-31-2002 | $ 500.00 | $ 52.57 | $ 552.57 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUAL RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. →

Total Amount Due ▶ $ 22,923.23

We figured the interest and late payment penalty to 07-07-2005

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, saving and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must hold your money for 21 calendar days</u> before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order ) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

Signature of Service Representative

Title: Operations Manager, Collection

FORM 8519 (Rev. 01-01) 63518R

Form 668-A(c)
(Rev. January 2001)

# Notice of Levy

DATE: 04/07/2005

TELEPHONE NUMBER OF IRS OFFICE: SEQNUM 00350
TOLL FREE 1-800-829-7650
WI

REPLY TO:
AUTOMATED COLLECTION SYSTEM SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

NAME AND ADDRESS OF TAXPAYER:

DPC05

TO: P

BEAR PAW CREDIT UNION
301 1ST NORTH
SUNBURST MT 59482

ROGER L GUPTILL
BOX 704
SUNBURST MT 59482-0704047

IDENTIFYING NUMBER(S): 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
GUPT F 00

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1998 | $ 3,595.71 | $ 0.00 | $ 3,595.7 |
| 1040A | 12-31-1999 | $ 6,516.38 | $ 1,023.22 | $ 7,539.6 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. → Total Amount Due ▶ $ 11,135.3

We figured the interest and late payment penalty to 05-05-2005.

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you hav or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy:

1. Make your check or money order payable to United States Treasury.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub).
3. Complete the back of Part 2 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 3 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 2, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title: Operations Manager, Collection |
|---|---|




**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
ATLANTA, GA 30308

WAGE AND INVESTMENT DIVISION

Fresno Compliance Services
Questionable W-4 Program
P.O. Box 24015, Mail Stop 81403
Fresno, CA 93779-4015

Date of this Letter: 10/09/2003
Person to Contact: Ms. Colmenero
Telephone Number: (559) 265-5888
Hours: 8:00 a.m. to 4:30 p.m. PST

ROGER L GUPTILL
PO BOX 704
SUNBURST, MT 59482

Dear ROGER L GUPTILL:

This is in response to your correspondence dated September 15, 2003. It is the policy of the Internal Revenue Service not to respond to letters of the type you have written on a point-by-point basis. This letter is to advise you that arguments in your correspondence are completely without merit. Moreover, the arguments contained in your correspondence have never been successful in federal court.

The Internal Revenue Service Code (IRC), as enacted by Congress, provides the basic tax law for the United States. IRC 7801 and IRC 7802 give the Secretary of the Treasury overall authority to administer and enforce the tax laws and to delegate powers and duties to the Commissioner of the Internal Revenue Service. The Code further provides investigatory authority under Sections 7601 and 7602 to the Department of the Treasury to examine books, papers, records or other data in order to determine the liability of any person for any Internal Revenue Tax.

In addition, IRC 6001 requires both employees and employers to comply with the rules and regulations set forth by the Secretary of the Treasury. Taken together, the above IRC provisions give the Secretary authority to issue regulations to enforce the withholding provision of IRC Section 3402.Regulation 31.3402 (f)(2)A requires employers to submit to the Internal Revenue Service (IRS) any withholding certificate (Form W-4) which claims exempt status or more than 10 withholding allowances.

Regulation 31.3402 gives the IRS the authority to determine that a withholding certificate is correct. Information is requested from the taxpayer and reviewed to make this determination. It is well settled in the courts that the IRS, rather than the taxpayer, makes the determination as to what information and documentation is needed to satisfy IRS's investigatory purposes.

We will be happy to assist you if you have any further questions or problems concerning your Form W-4.

Sincerely,

/s/ Stephen P. Warner
Stephen P. Warner
Operations Manager, Collection

cc: QN