# United States District Court
FOR THE DISTRICT OF COLUMBIA

Roger L Guptill,

v.

United States Government

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05-cv-01915(RMC)

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Roger L Guptill,
P.O. Box 704,
Sunburst, MT 59482,
406-937-3400

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
Court Clerk

by _____
Deputy Clerk

Date: 7/11/2006

**RECEIVED**
JUN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5/30/06 . The cost of the mailing is $ 8.30

Certified mail # 7003 0500 0001 2182 0182 ,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Rachel J. Schulze_                    06/07/06
Signature                              Date
PO Box 681
Sunburst, MT 59482

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Ave
Washington, District of Columbia 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
   [signature]    MAY 3 0 2006

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)

7003 0500 0001 2182 0175

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952