# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Roger L Guptill,

v.

United States Government

**SUMMONS IN A CIVIL CASE**

Case No.:  1:05-cv-01915(RMC)

To:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Roger L Guptill,
P.O. Box 704,
Sunburst, MT 59482,
406-937-3400

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
_____
Court Clerk

by _____
Deputy Clerk

√/11/2006
_____
Date

**RECEIVED**

JUN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AFFIDAVIT OF SERVICE**

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _____ 6/1/06 . The cost of the mailing is $ 8.90 .

Certified mail # 7003 0500 0001 2182 0182

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001


     I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.


Rachel L. Schulze
Signature
PO Box 681
Sunburst, MT 59482

06/07/06
Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
                                          6/1/06

C. Signature
X S. Robinson    ☐ Agent
                 ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

7003 0500 0001 2182 0168

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952