UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER GUPTILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1915 (RMC) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on Defendant's Motion to Dismiss the amended complaint. Plaintiff Roger Guptill is advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that Plaintiff shall respond to Defendant's Motion to Dismiss [Dkt. #10] by **September 5, 2006**. If he does not respond by that date, the Court will treat the motion as conceded and may dismiss the amended complaint against the movant or the case in its entirety.

**SO ORDERED**.

Signed: August 4, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge