UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER GUPTILL,        )<br>                       )<br>     Plaintiff,     )<br>                       )<br>  v.                   )<br>                       )<br>UNITED STATES OF AMERICA, )<br>                       )<br>     Defendant.       )<br>                       ) | Civil Action No. 05-1915 (RMC) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss [Dkt. #10] the amended complaint. On August 4, 2006, the Court ordered Plaintiff Roger Guptill to respond to Defendant's Motion to Dismiss by September 5, 2006, and cautioned that if he failed to respond by that date, the Court would "treat the motion as conceded and may dismiss the amended complaint against the movant or the case in its entirety." Aug. 4, 2006, Order [Dkt. #11]. That deadline has come and gone, and Plaintiff has yet to respond. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #10] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Signed: February 13, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge